# UNITED STATES BANKRUPTCY COURT

Eastern District of Arkansas
Jonesboro Division

In re: **Jason R. Casey**  Case No: **3:13-bk-14513**

Property Address: **3202 Brentway Lane,**  Chapter: 13
**Jonesboro, AR 72404**

Last four digits of any number you use to identify the debtor's account: **XXXXXX1507**
Court Claim No. (if known): 7

## RESPONSE TO NOTICE OF FINAL CURE PAYMENT

As contemplated by Fed. R. Bankr. Proc. 3002.1,

**PROF-2013-S3 Legal Title Trust, by U.S. Bank National Association, as Legal Title Trustee**

("Creditor") hereby responds to that certain Notice of Final Cure Payment ("Cure Notice") dated June 6, 2017 and filed as Docket No. 112

### Pre Petition Default Payments    Applicable option is checked.

☒ Agrees that Debtor has paid in full the amount required to cure the default on Creditor's claim.

☐ Disagrees that Debtor(s) has(ve) paid in full the amount required to cure the default on Creditor's claim and states that the total amount due to cure pre-petition arrears is:

Total Amount Due:   $0.00

Attached as Schedule of Amounts Outstanding on Prepetition Claim is an itemized account of the pre-petition amounts that remain unpaid as of the date of this response.

### Post-Petition Default Payments Applicable option is checked.

☒ Agrees that Debtor is current with respect to all payments consistent with § 1322(b)(5) of the Bankruptcy Code.

☐ Disagrees that Debtor(s) is(are) current with respect to all payments consistent with § 1322(b)(5), and states that the total amount due to cure post-petition arrears is:

Total Amount Due:   $0.00

Attached as Schedule of Amounts Outstanding Post-Petition Claim is an itemized account of the post-petition amounts that remain unpaid as of the date of the Cure Notice. The amounts outstanding identified on the Schedule do not reflect amounts that became or may become due after the date of the Cure Notice, including any fees that may have been incurred in the preparation, filing, or prosecution of this response to the Cure Notice.

The amounts due identified on this response may not, due to timing, reflect all payments sent to Creditor as of the date of the Cure Notice. In addition, the amounts due may include payments reflected on the NDC but which have not yet been received and/or processed by Creditor.

W&A: 256-201936

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.   ☒ I am the creditor's attorney

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

*/s/ Kathryn Lachowsky*          Date  6/27/2017
Signature

Print:    Angela Mathews, Kate Lachowsky, Jennifer Wyse, & Heather Martin-Herron          Title    Attorneys

Company    Wilson & Associates, PLLC

Address
400 West Capitol Avenue Suite 1400, Little Rock, AR 72201

Contact phone   (501) 219-9388      Email    amathews | klachowsky | jwyse | hmartin-herron@wilson-assoc.com

W&A: 256-201936

## CERTIFICATE OF SERVICE

On June 27, 2017, a copy of the foregoing Response to Notice of Final Cure Payment was served electronically through the electronic case filing system (ECF) upon:

| | |
|---|---|
| Joel Grant Hargis | Mark T. McCarty |
| Attorney at Law | Trustee |
| 3000 Brown's Lane | P.O. Box 5006 |
| Jonesboro, AR 72401 | North Little Rock, AR 72119-5006 |

and served via U.S. mail upon:

Jason R. Casey
Debtor(s)
3202 Brentway Lane
Jonesboro, AR 72404

*/s/ Kathryn Lachowsky*
Jennifer Wyse (2015092)
Heather Martin-Herron (2011136)
Kathryn Lachowsky (2012039)
Angela Boyd Mathews (2008250)

W&A No. 201936

W&A: 256-201936